UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES EMERAD, <br><br> Plaintiff, <br><br> v. <br><br> RONY'S ROCKIN' GRILL LLC, a New Jersey limited liability company, d/b/a RONY'S ROCKIN' GRILL, and MICHAEL SHIAKALLIS, an individual, <br><br> Defendants | Civil Action No. 2:17-cv-05684-MCA-SCM <br><br> CONSENT ORDER OF DISMISSAL WITH PREJUDICE |

This matter having been presented to the Court by the agreement of all of the Parties and good cause appearing therefore, it is on this __8th__ day of ~~February~~ March 2018,

**ORDERED** that the Complaint of Plaintiff, Charles Emerad, be and hereby is dismissed in its entirety with prejudice and without costs or fees against any party,

**IT IS FURTHER ORDERED** that this Court will retain jurisdiction for the purposes of enforcing any agreement between the parties concerning the resolution of this matter.

_____
STEVEN C. MANNION, U.S.M.J.

The undersigned hereby consents to the form and entry of this Order.

THE WEITZ LAW FIRM, P.A.
Attorneys for Plaintiff
Charles Emerad

By: _____
ROBERT J. MIREL

Dated: ~~February~~ March 5, 2018

By: _____
RONY ALVARADO ON BEHALF OF
RONY'S ROCKIN' GRILL LLC

Dated: February 27, 2018

SALKA LAW LLC
Attorneys for Defendant
Michael Shiakallis

By: _____
GREGG H. SALKA

Dated: ~~February~~ March 2, 2018

16