UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Plaintiff,

JACQUELYN HOPKINS

vs.

Defendant,

KUEHNE + NAGEL INC.; MAREN DEDERMANN; ABC CORPORATIONS (1-10); JOHN and JANE DOES (1-10)

Civil Action No.: 2:15-cv-07454-MCA-MAH

**CONSENT ORDER**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the Plaintiff **JACQUELYN HOPKINS** and Defendants **KUEHNE + NAGEL INC.** and **MAREN DEDERMANN** in the above entitled action, that:

1) Plaintiff's claims of discrimination and harassment/hostile work environment based on her gender and national origin under the New Jersey Law Against Discrimination shall be dismissed with prejudice; and

2) Counts II and III of Plaintiff's Amended Complaint shall be limited to alleged discrimination and harassment/hostile work environment based upon age and disability only.

By: JENNIFER PASSANNANTE, ESQ.
HOAGLAND, LONGO, MORAN,
DUNST & DOUKAS
Attorneys for Plaintiff,
Jacquelyn Hopkins

By: IVO BECICA, ESQ.
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
Attorneys for Defendants,
Kuehne + Nagel Inc. and
Maren Dedermann

SO ORDERED: _____

Date: 3-23-18

HOAGLAND, LONGO,
MORAN, DUNST
& DOUKAS, LLP
Attorneys at Law

48 Wall Street
Suite 1100
New York, NY

5242536