UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHARLES EMERAD, <br><br> Plaintiff, <br><br> v. <br><br> RONY'S ROCKIN' GRILL LLC, a New Jersey limited liability company, d/b/a RONY'S ROCKIN' GRILL, and MICHAEL SHIAKALLIS, an individual, <br><br> Defendants | Civil Action No. 2:17-cv-05684-MCA-SCM <br><br> CONSENT ORDER OF DISMISSAL WITH PREJUDICE |

This matter having been presented to the Court by the agreement of all of the Parties and good cause appearing therefore, it is on this 5th day of April, 2018,

ORDERED that the Complaint of Plaintiff, Charles Emerad, be and hereby is dismissed in its entirety with prejudice and without costs or fees against any party,

IT IS FURTHER ORDERED that this Court will retain jurisdiction for the purposes of enforcing any agreement between the parties concerning the resolution of this matter.

Hon. Madeline Cox Arleo, J.S.M.J.

The undersigned hereby consents to the form and entry of this Order.

THE WEITZ LAW FIRM, P.A.
Attorneys for Plaintiff
Charles Emerad

By: _____
ROBERT J. MIREL

Dated: ~~February~~ March 5, 2018

By: _____
RONY ALVARADO ON BEHALF OF
RONY'S ROCKIN' GRILL LLC

Dated: February 2, 2018

SALKA LAW LLC
Attorneys for Defendant
Michael Shiakallis

By: _____
GREGG H. SALKA

Dated: ~~February~~ March 2, 2018